IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANA WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-cv-1835-SMY |
| | ) |
| METROPOLITAN ENFORCEMENT | ) |
| GROUP OF SOUTHERN ILLINOIS, | ) |
| ILLINOIS STATE POLICE, | ) |
| BOB PATTERSON, JOE BELIVEAU, | ) |
| JOSH HUNT, KEVIN CROLLY, | ) |
| SCOTT PRITCHETT, | ) |
| KAREN GORDON, TONY LUTHER, | ) |
| MATT WERNER, and MATT EVERS | ) |
| | ) |
| Defendants. | ) |

# ORDER

**YANDLE, District Judge:**

Dana Watson filed this action against Defendants Metropolitan Enforcement Group of Southern Illinois ("MEGSI"), Illinois State Police ("ISP"), and ISP individual defendants Bob Patterson, Joe Beliveau, Josh Hunt, Kevin Crolly, Scott Pritchett, Karen Gordon, Tony Luther, Matt Werner, and Matt Evers, alleging violations of her constitutional and civil rights stemming from the failure to have seized property returned to her. This Court dismissed Watson's Complaint with prejudice pursuant to the doctrine of *res judicata* (Doc. 32). Watson has appealed and moves for leave to appeal *in forma pauperis* (Doc. 39).

The Court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any

issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

The Court finds that Watson is not indigent, based on the financial information provided in the motion. Although she has been unemployed since November 2024 for medical reasons, she is receiving $6000 per month in short term disability, and has $9000 in a savings account. Watson and her husband own six vehicles and two homes. As such, it appears that Watson has sufficient funds to pay the appellate filing and docketing fee.

Accordingly, Watson's Motion for Leave to Appeal *in Forma Pauperis* (Doc. 39) is **DENIED**. Watson is **ADVISED** that she has **30 days** from service of this Order to file a motion to proceed *in forma pauperis* on appeal in the Court of Appeals. FED. R. APP. P. 24(a)(5).

**IT IS SO ORDERED.**

**DATED: February 3, 2025**

**STACI M. YANDLE**
**United States District Judge**